IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Sheku M Kallon Jr

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

M&T Bank

Bayview Loan **Processing**

SunTrust Bank

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 17-cv-2752-TDC

*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
*(check one)*

I.      **The Parties to This Complaint**

    A.      **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sheku M Kallon Jr |
| Street Address | 12416 Radnor Lane #100 |
| City and County | Laurel, Prince George County |
| State and Zip Code | Maryland 20708 |
| Telephone Number | 404-901-3187 |
| E-mail Address | sheku.m.kallon@thegabc.com |

    B.      **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | M&T Bank |
| Job or Title (if known) | Legal Processing Department |
| Street Address | 1100 Wehrle Drive, 2nd Floor |
| City and County | Williamsville |
| State and Zip Code | New York, 14221 |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 2

|  |  |
|---|---|
| Name | Bayview Loan Mortgage Servicing |
| Job or Title (if known) | |
| Street Address | 4425 Ponce De Leon Blvd |
| City and County | Coral Gables |
| State and Zip Code | Florida, 33146 |
| Telephone Number | 1-855-657-7531 |
| E-mail Address (if known) | |

Defendant No. 3

|  |  |
|---|---|
| Name | SunTrust Bank |
| Job or Title (if known) | |
| Street Address | 303 Peachtree Street NE |
| City and County | Atlanta |
| State and Zip Code | Georgia, 30308 |
| Telephone Number | 1-404-588-7711 |
| E-mail Address (if known) | |

Defendant No. 4

|  |  |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

**II.**     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

s. 386 Public 111-21 Mortgage Modification Fraud Enforcement and Recovery Act
_____
_____

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* N/A_____, is a citizen of the State of *(name)* N/A_____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* N/A_____, is incorporated under the laws of the State of *(name)* N/A_____, and has its principal place of business in the State of *(name)* N/A_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _N/A_____, is a citizen of the State of *(name)* _N/A_____. *Or* is a citizen of *(foreign nation)* _N/A_____.

    b. If the defendant is a corporation

        The defendant, *(name)* _M&T Bank_____, is incorporated under the laws of the State of *(name)* _New York_____, and has its principal place of business in the State of *(name)* _New York_____. *Or* is incorporated under the laws of *(foreign nation)* _N/A_____, and has its principal place of business in *(name)* _M&T Bank_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Total Amount is $395,000.00.  EXcessive INterest and fees of $95,000 and punitive damages of $300,000.00

5

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

M&T Bank at the end of December of 2012 and Januaray of 2013 processed a loan modification that was fraudulent processed since it was never reported to Freddie Mac the US Federal Loan guarantor while the excess interest and fees including mortgage payments were passed onto Sheku M Kallon Jr. After this first modification additional modifications were processed of about 3 during the January 2013 period until June of 2015. None of these modifications were ever recorded with the Freddie Mac indicating a fraud. The additional payments and fees, resulted in excessive fes of $95,000.00 added to the principal resulting in a risk of mortgage foreclosure. A fraud claim has also been filed with gurantor Freddie Mac and the investigationn is pending. Freddie Mac will be called as a witness inn the Federal Civil case.

Bayview Loan as the mortgage servicer procesed the illegal and fraudulent modifications that resulted in excessive fees, interest payments and mortgage payments.

SunTrust Bank in December of 2012, illegally sold the mortagge note at 324 Whitmore Ct, Acworth, GA 30101 to M&T bank evebn though the arrears was only 2 months and had received a oayment before the 3rd month of arrears. The illegal transfer of the Note resulted in the fraudulent modifications and financial hardship. An email dated Decemer 12th, 2012, was sent to SunTrust within the 2 month arrears notiying them of the payment which they ignored. The payment was later refunded when the note was illegally transfered to M&T Bank.

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

$95,000.00 in excess interest payments, fees and mortage payments made due to the fraudulent modifications

$300,000.00 in punitiuve damages for pain and suffering in completing multiple applications

that ended being for a fraudulent modiifcation and lost income and business revenues.

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9/15_ , 20 _17_

Signature of Plaintiff          _____

Printed Name of Plaintiff    Sheku M Kallon Jr

*(If more than one plaintiff is named in the complaint, attach an additional
certification and signature page for each additional plaintiff.)*

B.    **For Attorneys**

Date of signing: _____ , 20__ .

Signature of Attorney        _____
Printed Name of Attorney   _____
Bar Number                       _____
Name of Law Firm            _____
Address                            _____
Telephone Number            _____
Email Address                   _____